UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MURVIN REIGOUD MAIKEL,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for April 10, 2020, is adjourned to **May 26, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are now due **May 5, 2020**, and any submission by the Government is due on **May 12, 2020**.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge