UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MURVIN REIGOUD MAIKEL,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, scheduled for May 26, 2020, is adjourned to **July 2, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are now due **June 11, 2020**, and any submission by the Government is due on **June 18, 2020**.

Dated: New York, New York
April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge