LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507

June 16, 2020

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Gonzalez, et al.
              ***including Murvin Reigoud Maikel***
              1:18 Cr. 601-03 (PGG)

Dear Judge Gardephe:

    I am CJA counsel for Murvin Reigoud Maikel in the above-captioned case. Neither I nor co-counsel have been able to meet with Mr. Maikel in the Metropolitan Correctional Center to discuss his sentencing submission during the COVID-19 pandemic. Therefore, I am requesting an adjournment of sentencing to September 2020 or to any date thereafter that is convenient to the Court.

    I have spoken with Assistant U.S. Attorney Matthew J.C. Hellman, who informs me that the government does not object to this request.

Sentencing is adjourned until October 8, 2020 at 4:00 p.m.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
June 19, 2020

Respectfully submitted,

    /s/
David S. Greenfield