Case 1:18-cr-00601-PGG   Document 349   Filed 09/23/20   Page 1 of 1

# LAW OFFICES
# DAVID S. GREENFIELD

100 LAFAYETTE STREET • SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

September 22, 2020

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Gonzalez, et al.
              *including Murvin Reigoud Maikel*
              1:18 Cr. 601-03 (PGG)

Dear Judge Gardephe:

    I am CJA counsel for Murvin Reigoud, who is currently scheduled for sentencing before Your Honor on October 8, 2020, at 4:00 p.m. Because neither I nor co-counsel have had an opportunity to visit the defendant in the MCC since the beginning of the COVID-19 pandemic, and because I am still waiting to receive letters from the defendant's family members in Suriname, I am respectfully requesting an adjournment of sentencing until December 7, 2020 or any date thereafter.

    I have spoken with Assistant U.S. Attorney Matthew J.C. Hellman, and the government does not object to this request.

Respectfully submitted,

/s/
David S. Greenfield

MEMO ENDORSED

Sentencing is adjourned until December 7, 2020 at 4:00 p.m.

SO ORDERED.

*(signed)* Paul G. Gardephe
Paul G. Gardephe
United States District Judge

September 23, 2020