UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MURVIN REIGOUD MAIKEL,

    Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing of Defendant Murvin Maikel, currently scheduled for April 9, 2021, will now take place on **May 12, 2021 at 12:00 p.m.**  Any submissions on behalf of the Defendant are due **April 21, 2021**, and any submission by the Government is due on **April 28, 2021**.

Dated: New York, New York
       March 2, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge