UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MURVIN REIGOUD MAIKEL,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Murvin Maikel, currently scheduled for May 12, 2021, will now take place on **June 3, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Any submissions on behalf of the Defendant are due **May 13, 2021**, and any submission by the Government is due on **May 20, 2021**.

Dated: New York, New York
April 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge