UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MURVIN REIGOUD MAIKEL,

    Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 21, 2019;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       June 11, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge